UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LORITA M. SAVOIE, ET AL. | CIVIL ACTION |
| VERSUS | NO: 15-1220 |
| HUNTINGTON INGALLS, INC., ET AL. | SECTION: "J" (3) |

**ORDER**

Before the Court is *Plaintiffs' Motion to Review Magistrate Judge's Order* **(Rec. Doc. 197)** and Defendant, Owens-Illinois, Inc.'s ("O-I"), opposition thereto (Rec. Doc. 223). In their motion, Plaintiffs request that the Court reconsider the magistrate judge's Order granting O-I's *Motion for Leave to File Counterclaim* (Rec. Doc. 192). Upon review of the record, the memoranda of counsel, and the applicable law, the Court finds that the motion should be **DENIED.**

A magistrate judge's ruling on a non-dispositive motion may be appealed to the district court. Fed. R. Civ. P. 72(a). When objections are raised to such a ruling the district judge must consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law." Id. Under this standard, a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a definite and

firm conviction that a mistake has been committed." <u>United States v. United States Gypsum Co.</u>, 333 U.S. 364, 395 (1948). After reviewing the case, the magistrate judge's Order, and the arguments of the parties, the Court finds that no such mistake has been made and that Plaintiffs have not shown that the magistrate judge's ruling is "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' *Motion to Review Magistrate Judge's Order* **(Rec. Doc. 197)** is **DENIED**.

New Orleans, Louisiana, this 5th day of December, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE