UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LORITA SAVOIE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 15-1220 |
| | SECTION: J(3) |
| HUNTINGTON INGALLS, INC., ET AL. | JUDGE BARBIER<br>MAG. JUDGE DOUGLAS |

**ORDER**

Bayer CropScience, Inc., as Successor to Rhone-Poulenc AG Company, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Company (collectively, "Amchem") filed a Motion to Dismiss the Cross-Claims of Albert L. Bossier, Jr., J. Melton Garrett, and Huntington Ingalls Incorporated (f/k/a Northrop Grumman Shipbuilding, Inc., f/k/a Northrop Grumman Ship Systems, Inc., f/k/a Avondale Industries, Inc., f/k/a Avondale Shipyards, Inc., f/k/a Avondale Marine Ways, Inc.) (collectively, "the Avondale Interests"). (Rec. Doc. 507). Although the submission date for this motion is three weeks away, the Court rules on the motion now because, as the Court appreciates the matter, the motion is unopposed.

The Court dismissed with prejudice the last of the Plaintiffs' claims against Amchem during a status conference on April 3, 2019. (Minute Entry at 2, Rec. Doc. 486 (granting Amchem's Motion for Summary Judgment, Rec. Doc. 265)). Thereafter, the only claims remaining against Amchem were the Avondale Interests's cross-claims for contribution for any judgment that may be rendered against it. (*Id.*; Rec.

Doc. 1-4 at 5-6). However, counsel for the Avondale Interests conceded on the record that if the Court should rule that Joseph Savoie, Jr. released his claim for mesothelioma against Amchem, then the Avondale Interests's cross-claims should be dismissed. (Tr. at 81, Rec. Doc. 489).[1] On June 10, 2019, the Court issued an Order & Reasons that held, inter alia, that Joseph Savoie, Jr. did release his claim for mesothelioma against Amchem. (Rec. Doc. 506 at 14, 27-28).

Accordingly,

IT IS ORDERED that Amchem's Motion to Dismiss the Cross-Claims of the Avondale Interests (Rec. Doc. 507) is GRANTED.

IT IS FURTHER ORDERED that the Avondale Interests's Cross-Claims (and/or Third Party Claims) against Amchem are DISMISSED.

No claims remain against Amchem (i.e., Bayer CropScience, Inc., as Successor to Rhone-Poulenc AG Company, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Company) in this litigation.

---

[1] From the Status Conference Transcript:

> THE COURT: So if there is a ruling under whatever circumstances that Amchem has been released by the plaintiffs, then that makes your [the Avondale Interests's] third-party claim go away?
> [COUNSEL FOR THE AVONDALE INTERESTS]: If there is a ruling that Amchem was released through the settlement agreement that they had in the earlier case, which is one of the settlement agreements that is the issue of Number 3 on your list, Your Honor, if Your Honor agrees that that released Amchem from future claims, including this claim for mesothelioma, then, yes.

(Rec. Doc. 489 at 81). This aligns with the Court's recent observation that under the law of solidary liability, "when a plaintiff settles with and releases one of several solidary obligors, he deprives the remaining obligors of the right to contribution against the released obligor." (Rec. Doc. 506 at 3 n.3 (citing *Farbe v. Cas. Reciprocal Exch.*, 2000-0076 (La. 7/6/00), 765 So. 2d 994, 996)).

New Orleans, Louisiana, this 12th day of June, 2019.

                                                      _____
                                                      United States District Judge